MARY L. DAY, Respondent, *v.* JOSEPH A. JAMESON et al., Appellants.

(Submitted June 18, 1890; decided October 7, 1890.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made January 6, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

This was an action to recover a balance alleged to be due upon an account.

The principal questions discussed were as to the right of plaintiff's husband to bind her by his own acts ostensibly as her agent, and as to whether certain transactions were authorized by her, as to which the verdict was held to be conclusive.

A sentence in the charge was excepted to ; it was held there was no evidence warranting the submission of the question stated therein to the jury.

*Thadeus D. Kenneson* and *Henry A. Root* for appellants.

*Daniel P. Hayes* and *Lucas L. Van Allen* for respondent.

BRADLEY J., reads for reversal and new trial, unless plaintiff stipulates within twenty days to deduct $1,187.50 and interest from August, 22, 1882, from the judgment rendered, in which case the judgment, as so modified, is affirmed.

All concur, except FOLLETT, Ch. J., who reads for affirmance, and dissents.

Judgment accordingly.